UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW BROWN and <br> MATTHEW BROWN COMPANIES, LLC <br><br> Defendants. | Civ. Action No. 4:24-cv-00558-O <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Securities and Exchange Commission is unaware of any person or entity who has an interest in the outcome of this litigation, other than the Defendants.

Dated:  June 17, 2024  Respectfully submitted,

 */s/ Patrick Disbennett*
Patrick Disbennett
Texas Bar No. 24094629
United States Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2635 (phone)
(817) 978-4927 (facsimile)
disbennettpa@sec.gov

ATTORNEY FOR PLAINTIFF SECURITIES
AND EXCHANGE COMMISSION